UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| MICHAL KOPCZA, | 07-CV-05396-AKH |
| Plaintiff, | |
| | **APPEARANCE** |
| - against - | |
| 100 CHURCH, LLC, *et al.*, | **ELECTRONICALLY FILED** |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York                    DICKSTEIN SHAPIRO LLP
           October 3, 2007

                                                    By:     /s/ Judith R. Cohen
                                                    _____
                                                    Judith R. Cohen (JC-8614)
                                                    1177 Avenue of the Americas
                                                    New York, New York 10036
                                                    Phone: (212) 277-6500
                                                    Fax: (212) 277-6501

                                                    *Attorney for Defendant*
                                                    MERRILL LYNCH & CO., INC.

DOCSNY-271797v01