Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
63 WALL INC. and 63 WALL STREET, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X  21 MC 102 (AKH)

MICHAL KOPCZA,                                              Index No.: 07-CV-5396

                    Plaintiff(s),          **NOTICE OF ADOPTION OF ANSWER**
                                                            **TO MASTER COMPLAINT**
    -against-
                                                            **ELECTRONICALLY FILED**

100 CHURCH, LLC, *et al.*,

                    Defendant(s).
------------------------------------------------------------X

PLEASE TAKE NOTICE that Defendants, 63 WALL INC. and 63 WALL STREET, INC. by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendants, 63 WALL INC. and 63 WALL STREET, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
October 5, 2007

          Yours etc.,

          McGIVNEY & KLUGER, P.C.
          Attorneys for Defendants
          63 WALL INC. and 63 WALL STREET, INC.

          By: _____
          Richard E. Leff (RL-2123)
          80 Broad Street, 23rd Floor
          New York, New York 10004
          (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel